THE STATE, JAMES THOMPSON, PROSECUTOR, v. SAMUEL
WALKER.

Submitted July 12, 1898—Decided November 7, 1898.

In the city of Trenton, by reason of the existence of a District Court,
the Courts for the Trial of Small Causes have no jurisdiction when
the matter in dispute exceeds the sum of $100, such jurisdiction being
excluded by the proviso of the act entitled "An act to increase the
jurisdiction of justices of the peace," approved March 12th, 1879.
*Gen. Stat., v.* 1897.

On *certiorari.*

Before Justices LIPPINCOTT and GUMMERE.

For the prosecutor, *Willis P. Bainbridge.*

For the defendant, *Chauncy H. Beasley.*

The opinion of the court was delivered by

LIPPINCOTT, J.   The writ is to review a judgment in the
Court for the Trial of Small Causes of the county of Mercer,
wherein the trial was had before and judgment rendered by
Michael J. Solan, one of the justices of the peace holding
his court and exercising his jurisdiction within the city of
Trenton.

The summons in the cause, as appears by the return to this
writ, was to appear before the said justice in the Court for
the Trial of Small Causes, at his office in the city of Trenton,
in the county of Mercer, on Friday, October 15th, 1898, at
the hour of ten o'clock in the forenoon, to answer unto Samuel
Walker, Jr., in an action upon contract for the sum of $200.
The itemized state of demand made claim for the sum of
$200.   On the return day the plaintiff (below) appeared and
proved his claim.   The defendant did not appear and judg-
ment was rendered the plaintiff in the sum of $200.

This action was brought in the city of Trenton, in the Court for the Trial of Small Causes, before a justice of the peace sitting and exercising his jurisdiction in such city, in which city, on March 12th, 1879, there existed a District Court. A District Court was established in the city of Trenton by an act entitled "An act constituting District Courts in certain cities of this state," approved March 9th, 1877. *Pamph. L.,* p. 234.

By reason of the existence of a District Court in said city, the Court for the Trial of Small Causes in that city had no jurisdiction in cases where the matter in dispute exceeded the sum of $100, such jurisdiction being excluded by the proviso of the act, "An act to increase the jurisdiction of justices of the peace," approved March 12th, 1879. *Gen. Stat.,* p. 1897. Whether he was elected from any of the wards of the city is immaterial. *Hankins* v. *Berrian, ante p.* 180; *Sloat* v. *Mc-Comb,* 13 *Vroom* 484; *Wagoner* v. *Watts,* 15 *Id.* 126; *S. C. affirmed,* 16 *Id.* 184.

The justice was without jurisdiction, and therefore the judgment is reversed, without costs.